**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-6183**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

MICHAEL RAY SHIFFLETT,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Charlottesville.  James H. Michael, Jr.,
Senior District Judge.  (CR-91-33)

———————

Submitted:  May 11, 2000                    Decided:  May 18, 2000

———————

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Ray Shifflett, Appellant Pro Se.  Kenneth Martin Sorenson,
Assistant United States Attorney, Jennie M. Waering, OFFICE OF THE
UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael Ray Shifflett appeals the district court's order denying his "motion for reconsideration of motion for subpoena of stenotype notes." We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Shifflett, No. CR-91-33 (W.D. Va. Dec. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2